1

2

3

4

5                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF WASHINGTON

6

7    UNITED STATES OF AMERICA,            No.  CV-12-5156-EFS

8                        Plaintiff,
                                          **FINAL ORDER OF FORFEITURE**
9              v.

10   2000 DODGE DURANGO, OREGON LICENSE
     PLATE 130EMF, VIN:
11   1B4HS28ZXYF291043,

12                        Defendant.

13

14        Plaintiff  United  States  of  America  previously  alleged  in  a

15   Verified  Complaint  for  Forfeiture  *In Rem*,  ECF  No.  1.,  that  the

16   Defendant  vehicle  is  subject  to  forfeiture  to  the  United  States

17   pursuant  to  21  U.S.C.  §  881.    The  Court  has  jurisdiction  over  this

18   matter  by  virtue  of  28  U.S.C.  §§  1345  and  1355.    Venue  is  proper

19   pursuant  to  28  U.S.C.  §  1395.

20        The defendant property being forfeited is described as follows:

21        2000  Dodge  Durango,  Oregon  license  plate  130EMF,  VIN:
          1B4HS28ZXYF291043,  seized  on  or  about  January  19,  2012,  in
22        Weston,  Oregon,  by  the  Federal  Bureau  of  Investigation,
          pursuant  to  a  federal  search  warrant.
23
     *Id.*  On November 30, 2012, the Clerk's office issued the Warrant of
24
     Arrest  *In Rem*,  pursuant  to  the  Court's  order  of  the  same  date.    ECF
25
     No.  3.    On  December  11,  2012,  the  Warrant  of  Arrest  *In Rem*  was
26
     returned executed.  ECF No. 5.


     FINAL ORDER OF FORFEITURE - 1

1    Notice of Civil Forfeiture Action was posted on the official

2  government website from November 23 to December 22, 2012, as required

3  by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or

4  Maritime Claims and Asset Forfeiture Actions, and as evidenced by the

5  Notice of Publication filed on August 23, 2012.  ECF Nos. 8, 8-1 & 8-

6  2.  The claim period thus expired no later than January 22, 2013.

7    On or about December 12, 2012, Michael Anthony Watts was served

8  — via certified mail, return receipt requested, in care of his

9  attorney, Robert G. Klahn — with a copy of the Verified Complaint for

10 Forfeiture *In Rem*, Warrant of Arrest *In Rem*, and Notice of Complaint

11 for Forfeiture.  ECF Nos. 6 & 6-1.  Based upon the direct notice's

12 service date, the last date to file a timely claim was January 16,

13 2013.  To date, no claim of interest has been received or filed with

14 the Court from Michael Anthony Watts.  On February 7, 2013, the United

15 States served and filed its Notice of Motion for Default.  ECF No. 7.

16 On February 26, 2013, the United States filed a Motion for Default.

17 ECF No. 9.  On February 27, 2013, the Clerk entered a default order as

18 to Michael Anthony Watts.  ECF No.  10.

19    On or about June 14, 2012, Alethea Sibbitt entered into a Plea

20 Agreement in the related criminal matter, *United States v. Sibbett,*

21 No. CR-11-181-WFN-5 (E.D. Wash.), in which she warranted that she had

22 an interest in the Defendant 2000 Dodge Durango, withdrew her claim in

23 the FBI administrative forfeiture, and agreed to the forfeiture of the

24 Defendant vehicle.  *Id.*, ECF No. 395, at 9.

25    On or about January 3, 2013, Clayton Douglas Sibbitt entered

26 into a Plea Agreement in the related criminal matter, *United States v.*

FINAL ORDER OF FORFEITURE - 2

1   *Sibbett*, No. CR-11-181-WFN-2 (E.D. Wash.), in which he warranted that

2   he had an interest in the Defendant 2000 Dodge Durango, withdrew his

3   claim in the FBI administrative forfeiture, and agreed to the

4   forfeiture of the Defendant vehicle.  *Id.*, ECF No. 704, at 8.

5       Thus, it appears to the Court that any and all potential

6   claimants' interest in the defendant property has been resolved

7   through the entry of the Clerk's Order of Default as to Michael

8   Anthony Watts and the Plea Agreements of Alethea Sibbett and Clayton

9   Douglas Sibbett.   It also appears that no other timely claims have

10  been made to the defendant property.

11      Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

12  1.   Plaintiff's Motion for Entry of the Final Order of

13       Forfeiture, **ECF No. 11**, is **GRANTED**.

14  2.   The defendant property identified above is hereby forfeited

15       to the United States of America, and no right, title, or

16       interest shall exist in any other person.

17  3.   The United States shall dispose of the forfeited defendant

18       property in accordance with the law.

19  4.   The Clerk's Office is directed to **ENTER JUDGMENT** for

20       Plaintiff and **CLOSE** this file.

21      **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this

22  Order and provide copies to all counsel.

23      **DATED** this 12th day of April 2013.

24

                            s/Edward F. Shea
25                          _____
                            EDWARD F. SHEA
                     Senior United States District Judge
26

Q:\EFS\Civil\2012\5156.forfeit.close.lc2.docx

FINAL ORDER OF FORFEITURE - 3